IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GUADALUPE SEQUEIRA, ARACELY SILVA<br><br>Plaintiffs,<br><br>v.<br><br>AHMSI DEFAULT SERVICES, INC., and DOES 1 to 10 inclusive<br><br>Defendant.<br>———————————————————/ | No. C 09-00147 WHA<br><br>**NOTICE OF DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

Defendant filed a motion to dismiss plaintiffs' complaint. Plaintiffs' response was due on February 26, 2009, but a response has not been provided. Ordinarily, the Court would grant the motion, but the Court will provide the *pro se* plaintiffs with more time. Plaintiffs' response is now due by **MARCH 5, 2009 AT NOON**. Defendant's reply is due by **MARCH 9, 2009 AT NOON**. The hearing is still set for **MARCH 19, 2009 AT 2:00 P.M.**

**IT IS SO ORDERED.**

Dated: February 27, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE