IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GUADALUPE SEQUEIRA, ARACELY SILVA,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., *et al.*,<br><br>Defendants.<br>_____/ | No. C 09-00147 WHA<br><br>**NOTICE RE DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

On March 23, 2009, defendant filed a motion to dismiss plaintiffs' first amended complaint, which was noticed for a May 7, 2009 hearing. Plaintiffs' response was due on April 16, 2009, but a response has not been received. Ordinarily, the Court would grant the motion, but the Court will provide the *pro se* plaintiffs with more time. Plaintiffs' response is now due by **MAY 1, 2009 AT NOON**. Defendant's reply is due by **MAY 6, 2009 AT NOON**. The hearing is still set for **MAY 7, 2009 AT 8 A.M.**

**IT IS SO ORDERED.**

Dated: April 23, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE